# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SEBASTIAN REY ARIAS, | Case No. 1:26-cv-01014-KES-EPG-HC |
| Petitioners, | |
| v. | ORDER DIRECTING RESPONDENTS TO FILE CERTIFICATE OF SERVICE |
| WARDEN OF THE GOLDEN STATE DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner is an immigration proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 23, 2026, Respondents filed a response to the petition. (ECF No. 10.) Rule 5 of the Federal Rules of Civil Procedure provides that when a pleading is served by means other than by filing it within the Court's electronic-filing system, "a certificate of service must be filed with it or within a reasonable time after service." Fed. R. Civ. P. 5(d)(1)(B)(i). Further, for motions conventionally served, the Local Rules require that proof of service "be endorsed upon or affixed to the original of the document when it is lodged or filed" and "shall be under penalty of perjury and shall include the date, manner and place of service." L.R. 135(c). Here, however, no certificate of service was attached to the response to the petition, and none has been filed subsequently.

1

Accordingly, IT IS HEREBY ORDERED that within five (5) days of the date of service this order, Respondent SHALL file a certificate of service of the response to the petition with the Court.

IT IS SO ORDERED.

Dated:   **February 24, 2026**          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE