# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SEBASTIAN REY ARIAS,<br>Petitioners,<br>v.<br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-01014-KES-EPG-HC<br>ORDER SETTING BRIEFING SCHEDULE<br>ORDER TO ELECTRONICALLY FILE TRANSCRIPT/RECORDING OF BOND HEARING AND OTHER NECESSARY DOCUMENTS |

Petitioner is a federal immigration detainee who proceeded with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 30, 2026, the Court granted the petition and ordered Respondents to provide Petitioner with a bond hearing before a neutral arbiter where the government bears the burden to demonstrate Petitioner is a flight risk or danger to the community by clear and convincing evidence. (ECF No. 25.) On October 26, 2026, Petitioner filed a motion to enforce judgment. (ECF No. 28.) On November 2, 2026, the motion was referred to the undersigned. (ECF No. 29.)

Accordingly, the Court HEREBY ORDERS:

1. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondent SHALL FILE a RESPONSE to the motion to enforce judgment.
2. Within **TWENTY-ONE (21) days** of the date of service of this order, Respondent SHALL FILE **a transcript or recording of Petitioner's bond hearing** and any and all other documents necessary for the resolution of the issues

presented in the motion to enforce judgment.

3. Within **FOURTEEN (14) days** of the date of service of Respondent's response, Petitioner MAY FILE a REPLY.

IT IS SO ORDERED.

Dated: **November 3, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE